UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHANELLE MORRIS-WILKINS ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:24-CV-450-FL |
| DAVENPORT AUTO PARK, MATT ) | |
| JOYNER, Davenport Sales Manager, ) | |
| C. RAY JOYNER, Attorney, and ) | |
| COASTAL CREDIT UNION, ) | |
| Finance Company | |
| Defendant ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 29, 2025, and for the reasons set forth more specifically therein, it is ordered that defendants' motions to dismiss are GRANTED.

**This Judgment Filed and Entered on April 29, 2025, and Copies To:**
Shanelle Morris-Wilkins (via US mail) P O Box 8414, Rocky Mount, NC 27804
Joseph W. Fulton (via CM/ECF Notice of Electronic Filing)
J. Nicholas Ellis / Sydney Plummer Davis (via CM/ECF Notice of Electronic Filing)
Pamela P. Keenan (via CM/ECF Notice of Electronic Filing)


April 29, 2025                    PETER A. MOORE, JR., CLERK

                                                /s/ Sandra K.Collins
                                             (By) Sandra K. Collins, Deputy Clerk